IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NOREEN JEAN RENIER,<br>        *Appellant,*<br><br>    v.<br><br>JOHN MERRELL,<br>        *Appellee.* | CIVIL ACTION NO. 3:11-CV-00034<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

  Noreen Jean Renier appeals from the decision of United States Bankruptcy Judge William E. Anderson to deny Renier's motion to enforce, and to vacate a consent order arising out of Appellant's motion seeking sanctions for an alleged violation of the automatic stay. For the reasons set forth in the accompanying memorandum opinion, the decision of the Bankruptcy Judge is hereby AFFIRMED.

  It is so ORDERED.

  The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

  Entered this \_\_22nd\_\_ day of July, 2011.

                    _____
                    NORMAN K. MOON
                    UNITED STATES DISTRICT JUDGE